# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

December 3, 2018

**BY ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Pastor v. ABC Metro Cleaners, Inc., et al.
            Case No. 18-cv-6089 (AT)

Dear Judge Torres:

    I am an attorney with Michael Faillace & Associates, P.C., attorneys for Plaintiff in the above-referenced matter. Herewith please find a revised executed settlement agreement, in accordance with the Court's November 1, 2018 order (Dkt. No. 31)

    Thank you for your attention to this matter.

                          Respectfully Submitted,

                          /s/ Joshua S. Androphy
                          Joshua S. Androphy, Esq.
                          MICHAEL FAILLACE & ASSOCIATES, P.C.
                          *Attorneys for Plaintiff*

cc:    BY EMAIL
       Chun Wong
       *Attorney for Defendants*